**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | | |
|---|---|---|
| In re:   Arina Builders Inc. | § | Case No. 1:18-bk-12056-VK |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    Amy L. Goldman, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $1,350.00 | Assets Exempt:  $0.00 |
| *(without deducting any secured claims)* | |
| Total Distribution to Claimants:  $0.00 | Claims Discharged Without Payment:  $290,134.22 |
| Total Expenses of Administration:  $8,487.20 | |

    3) Total gross receipts of $8,487.20 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $8,487.20 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY CLAIMS | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 8,501.47 | 8,487.20 | 8,487.20 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 43,000.00 | 8,066.63 | 8,066.63 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 14,000.00 | 276,134.22 | 276,134.22 | 0.00 |
| **TOTAL DISBURSEMENTS** | **$57,000.00** | **$292,702.32** | **$292,688.05** | **$8,487.20** |

4) This case was originally filed under Chapter 7 on 08/15/2018. The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/13/2020    By: /s/ Amy L. Goldman
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Chase Business Account 1359 | 1129-000 | 8,487.20 |
| **TOTAL GROSS RECEIPTS** | | **$8,487.20** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

### EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | N/A | | | |

### EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Amy L. Goldman, Chapter 7 Trustee | 2100-000 | N/A | 1,598.72 | 1,596.05 | 1,596.05 |
| Amy L. Goldman, Chapter 7 Trustee | 2200-000 | N/A | 6.50 | 6.50 | 6.50 |
| Karl T. Anderson CPA, Inc. | 3410-000 | N/A | 2,915.00 | 2,910.09 | 2,910.09 |
| Karl T. Anderson CPA, Inc. | 3420-000 | N/A | 431.19 | 430.46 | 430.46 |
| International Sureties, LTD | 2300-000 | N/A | 8.69 | 8.69 | 8.69 |
| DEPARTMENT OF THE TREASURY | 2810-000 | N/A | 1,443.00 | 1,440.59 | 1,440.59 |
| Franchise Tax Board-2019 | 2820-000 | N/A | 842.37 | 840.94 | 840.94 |
| Franchise Tax Board-2018 | 2820-000 | N/A | 1,256.00 | 1,253.88 | 1,253.88 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$8,501.47** | **$8,487.20** | **$8,487.20** |

### EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

### EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00002B | Employment Development Department, Bankruptcy Group MIC 92E | 5800-000 | 43,000.00 | 7,223.82 | 7,223.82 | 0.00 |
| 00003B | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340 | 5800-000 | 0.00 | 842.81 | 842.81 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$43,000.00** | **$8,066.63** | **$8,066.63** | **$0.00** |

### EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00001 | YVONNE JOHNSON (aka MANESH) | 7100-000 | 0.00 | 250,000.00 | 250,000.00 | 0.00 |
| 00002 | Employment Development Department, Bankruptcy Group MIC 92E | 7100-000 | 0.00 | 26,074.22 | 26,074.22 | 0.00 |
| 00003C | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340 | 7100-000 | 0.00 | 60.00 | 60.00 | 0.00 |
| NOTFILED | ACE BUILDING SUPPLY | 7100-000 | 14,000.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$14,000.00** | **$276,134.22** | **$276,134.22** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 18-12056 VK | **Trustee:** | Amy L. Goldman |
| **Case Name:** | Arina Builders Inc. | **Filed (f) or Converted (c):** | 08/15/18 (f) |
| | | **§341(a) Meeting Date:** | 09/24/18 |
| **Period Ending:** | 12/13/20 | **Claims Bar Date:** | 12/13/18 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Cash on Hand<br>THIS ASSET HAS NO VALUE TO ESTATE AND WILL BE ABANDONED AT CLOSING | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Chase Business Account 1359<br>RECEIVED TURNOVER OF BANK ACCOUNT FUNDS FROM CHASE BANK | 1,000.00 | 8,487.20 | | 8,487.20 | FA |
| 3 | Citibank Business Account 6022<br>THIS ASSET HAS NO VALUE TO ESTATE AND WILL BE ABANDONED AT CLOSING | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Office furniture - small desk<br>THIS ASSET HAS NO VALUE TO ESTATE AND WILL BE ABANDONED AT CLOSING | 50.00 | 0.00 | | 0.00 | FA |
| 5 | Office equipment - HP Computer, Printer/Fax<br>THIS ASSET HAS NO VALUE TO ESTATE AND WILL BE ABANDONED AT CLOSING | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Other machinery, fixtures and equipment - Tools & Equipment<br>THIS ASSET HAS NO VALUE TO ESTATE AND WILL BE ABANDONED AT CLOSING | 300.00 | 0.00 | | 0.00 | FA |
| 7 | REMOVED BY AMENDMENT FILED 8/28/18 DOCKET NO. 15 - CITIBANK BUSINESS 1971 (u) | 0.00 | 0.00 | | 0.00 | FA |
| 8 | REMOVED BY AMENDMENT FILED 8/28/18 DOCKET NO. 15 - CHASE SAVING 6168 (u) | 0.00 | 0.00 | | 0.00 | FA |
| 9 | REMOVED BY AMENDMENT FILED 8/28/18 DOCKET NO. 15 - ARINA BUILDERS INC.  100% (u) | 0.00 | 0.00 | | 0.00 | FA |
| 10 | REMOVED BY AMENDMENT FILED 8/28/18 DOCKET NO. 15 - 2018 BMW (Lease 3 yrs) (u) | 0.00 | 0.00 | | 0.00 | FA |
| 11 | REMOVED BY AMENDMENT FILED 8/28/18 DOCKET NO. 15 - 5355 Blanco Ave (u) | 0.00 | 0.00 | | 0.00 | FA |
| 12 | REMOVED BY AMENDMENT FILED 8/28/18 DOCKET NO. 15 - Contractors State License Board (CSLB) (u) | 0.00 | 0.00 | | 0.00 | FA |
| 13 | REMOVED BY AMENDMENT FILED 8/28/18 DOCKET NO. 15 - ARINA BUILDERS INC. (u) | 0.00 | 0.00 | | 0.00 | FA |
| 14 | REMOVED BY AMENDMENT FILED 8/28/18 DOCKET NO. 15 - IRS AND FTB STATE OF CA 2017 (u) | 0.00 | 0.00 | | 0.00 | FA |
| 15 | REMOVED BY AMENDMENT FILED 8/28/18 DOCKET NO. 15 - IRS AND FTB STATE OF CA 2016 (u) | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**  Exhibit 8
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**  Page: 2

| Case Number: | 18-12056 VK | Trustee: | Amy L. Goldman |
| Case Name: | Arina Builders Inc. | Filed (f) or Converted (c): | 08/15/18 (f) |
| | | §341(a) Meeting Date: | 09/24/18 |
| Period Ending: | 12/13/20 | Claims Bar Date: | 12/13/18 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 16 | REMOVED BY AMENDMENT FILED 8/28/18 DOCKET NO. 15 - LIFE INSURANCE (u) | 0.00 | 0.00 | | 0.00 | FA |
| 17 | REMOVED BY AMENDMENT FILED 8/28/18 DOCKET NO. 15 - JEFF ALAN dba GLENDALE ACCEDPTANCE LLC; OPTIMA (u) | 0.00 | 0.00 | | 0.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$2,350.00** | **$8,487.20** | | **$8,487.20** | **$0.00** |

**Major activities affecting case closing:**
CLOSING CASE-

GENERAL:
This case was commenced by the filing of a Voluntary Petition for relief under Chapter 7 of Title 11 of the United States Code on August 15, 2018. Shortly thereafter Amy L. Goldman was duly appointed as the Chapter 7 Trustee in this bankruptcy case. The first Chapter 7 341(a) Meeting of Creditors was set for September 24, 2018 and was ultimately concluded on November 16, 2018.

The Trustee received a letter from Chase Bank advising there was $8,487.20 currently frozen in the debtor's bank account and asked for confirmation whether these funds are part of the bankruptcy estate. The Trustee confirmed the funds were part of the bankruptcy estate and requested the funds be turned over.

The Trustee also requested the debtor turnover the $500 in the Citibank account, but the debtor claimed to have spent the funds.

BAR DATES:
Bar date set for claims is December 13, 2018
Bar date set for governmental claims is February 11, 2019

PROFESSIONAL:
KARL T. ANDERSON CPA, INC. as accountant. Order approving their employment was entered on November 6, 2019. They are to be paid from the Debtor's estate at the conclusion of the case pursuant to a court order.

CLAIMS:
Claims have been reviewed. No claims objections required. This case is Administratively insolvent.

TAXES:
Accountant has prepared the final estate tax returns. The estate owes administrative taxes and will be paid at the conclusion of the case pursuant to a court order. Since Debtor is an S corporation, the entity is not eligible for a prompt determination request. The 2018 FTB Administrative Claim will be paid according to the already filed tax return prepared by the accountant in the amount of $1,256 as opposed to the actual 2018 FTB Proof of Claim No. 3A Admin claim in the amount of $800. The 2019 FTB Administrative Claim will be paid according to Proof of Claim No. 4 as that amount due of $842.37 is greater than the $800 due on the already filed tax return prepared by the accountant.

ADMIN STATUS:
The voluntary petition was filed in pro per. Attorney Williams was substituted in on August 28, 2018 and also filed amended schedules and statements, which removed most creditors.

The Trustee filed a Notice of Asset on September 4, 2018, which established the bar dates.

**FORM 1**  Exhibit 8
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**  Page: 3

The Trustee received a letter from Chase Bank advising there was $8,487.20 currently frozen in the debtor's bank account and asked for confirmation whether these funds are part of the bankruptcy estate. The Trustee confirmed the funds were part of the bankruptcy estate and requested the funds be turned over.

The Trustee also requested the debtor turnover the $500 in the Citibank account, but the debtor claimed to have spent the funds.

The Meeting of Creditors was concluded on November 16, 2018.

Claims have been reviewed.

Tax returns have been prepared and filed.

Notice to Professionals and Request for Court Costs have been filed. Commencing closure.

INSURANCE:
N/A

**Initial Projected Date of Final Report (TFR):** December 31, 2020       **Current Projected Date of Final Report (TFR):** June 22, 2020 (Actual)

      December 13, 2020       /s/ Amy L. Goldman
      Date       Amy L. Goldman

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

Page: 1

| Case Number: | 18-12056 VK | | Trustee: | Amy L. Goldman |
| --- | --- | --- | --- | --- |
| Case Name: | Arina Builders Inc. | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******2158 - Checking Account |
| Taxpayer ID#: | **-***1746 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/13/20 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 09/13/18 | Asset #2 | CHASE | TURNOVER OF FUNDS - CHASE BUSINESS ACCOUNT | 1129-000 | 8,487.20 | | 8,487.20 |
| 01/22/20 | 51001 | International Sureties, LTD | LBR 2016-2(c) Bond Premium Bond # 016030866 | 2300-000 | | 8.69 | 8,478.51 |
| 06/08/20 | | Signature Bank | Transfer to account ending 1203 | 9999-000 | | 8,478.51 | 0.00 |

| | | | | |
| --- | --- | --- | --- | --- |
| | ACCOUNT TOTALS | | 8,487.20 | 8,487.20 | $0.00 |
| | Less: Bank Transfers | | 0.00 | 8,478.51 | |
| | Subtotal | | 8,487.20 | 8.69 | |
| | Less: Payment to Debtors | | | 0.00 | |
| | NET Receipts / Disbursements | | $8,487.20 | $8.69 | |

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

Page: 2

| Case Number: | 18-12056 VK | | Trustee: | Amy L. Goldman |
| --- | --- | --- | --- | --- |
| Case Name: | Arina Builders Inc. | | Bank Name: | Signature Bank |
| | | | Account: | ******1203 - Checking Account |
| Taxpayer ID#: | **-***1746 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/13/20 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/08/20 | | Texas Capital Bank | Transfer from account ending 2158 | 9999-000 | 8,478.51 | | 8,478.51 |
| 09/29/20 | 60001 | Amy L. Goldman, Chapter 7 Trustee | Dividend of 99.831974925%. PER ORDER DATED 9/24/20 TRUSTEE FEES | 2100-000 | | 1,596.05 | 6,882.46 |
| 09/29/20 | 60002 | Amy L. Goldman, Chapter 7 Trustee | Dividend of 99.831974925%. PER ORDER DATED 9/24/20 TRUSTEE EXPENSES | 2200-000 | | 6.50 | 6,875.96 |
| 09/29/20 | 60003 | DEPARTMENT OF THE TREASURY | Dividend of 99.831974925%. PER ORDER DATED 9/24/20 2018 Tax Return per Karl Anderson | 2810-000 | | 1,440.59 | 5,435.37 |
| 09/29/20 | 60004 | Karl T. Anderson CPA, Inc. | Dividend of 99.831974925%. PER ORDER DATED 9/24/20 ACCOUNTANT FOR TRUSTEE FEES | 3410-000 | | 2,910.09 | 2,525.28 |
| 09/29/20 | 60005 | Karl T. Anderson CPA, Inc. | Dividend of 99.831974925%. PER ORDER DATED 9/24/20 ACCOUNTANT FOR TRUSTEE EXPENSES | 3420-000 | | 430.46 | 2,094.82 |
| 09/29/20 | 60006 | Franchise Tax Board | Dividend of 99.831974925%, Claim No.00003A. ACCNT: 1256 ADMIN 2018 PER ORDER DATED 9/24/20 | 2820-000 | | 1,253.88 | 840.94 |

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

Page: 3

| Case Number: | 18-12056 VK | | Trustee: | Amy L. Goldman |
| --- | --- | --- | --- | --- |
| Case Name: | Arina Builders Inc. | | Bank Name: | Signature Bank |
| | | | Account: | ******1203 - Checking Account |
| Taxpayer ID#: | **-***1746 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/13/20 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/29/20 | 60007 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340 | Dividend of 99.831974925%, Claim No.00004. CLAIM #4: 2019 ADMIN 842.37 ACCNT: 2019 ADMIN 800 PER ORDER DATED 9/24/20 | 2820-000 | | 840.94 | 0.00 |

| | | | |
| --- | --- | --- | --- |
| **ACCOUNT TOTALS** | | 8,478.51 | 8,478.51 | $0.00 |
| Less: Bank Transfers | | 8,478.51 | 0.00 | |
| **Subtotal** | | 0.00 | 8,478.51 | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$8,478.51** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **Checking # ******1203** | 0.00 | 8,478.51 | 0.00 |
| **Checking # ******2158** | 8,487.20 | 8.69 | 0.00 |
| | $8,487.20 | $8,487.20 | $0.00 |